**1**
**2**
**3**
**4**
**5**
**6**                     **UNITED STATES DISTRICT COURT**
**7**                     **EASTERN DISTRICT OF CALIFORNIA**
**8**

| | |
|---|---|
| **9**  WENDY THOMPSON,            ) | 1:04-cv-6344 OWW DLB |
| **10**           Plaintiff,       ) | ORDER TRANSFERRING CASE |
| **11**       v.                   ) | |
| **12**  WYETH LLC, [An indirect wholly-owned subsidiary of Pfizer Inc.] ) | |
| **13**  PHARMACIA & UPJOHN COMPANY LLC [An indirect wholly owned ) | |
| **14**  subsidiary of Pfizer Inc.], ) | |
| **15**           Defendants.      ) | |
| **16**  _____ ) | |

**17**

**18**     This and the prior Order of Presiding Judge Anthony W. Ishii
**19** entered on stipulation by the parties that all Hormone Therapy
**20** cases be assigned to one District Judge and one Magistrate Judge,
**21** the cases listed below and all related Hormone Therapy cases
**22** remanded to or re-filed with this Court by Order of Judge William
**23** R. Wilson, presiding over MDL #1507 in the Eastern District of
**24** Arkansas, are assigned to District Judge Oliver W. Wanger and
**25** Magistrate Judge Dennis L. Beck.  Existing cases which have been
**26** set for trial are set forth in the Notice of Assignment of
**27** Related Cases filed December 23, 2010.
**28**     The following cases are re-filed pursuant to Judge Wilson's

Order and are related cases to be transferred to Judge Wanger and Magistrate Judge Beck:

    Gloriette McPherson v. Wyeth, Case No. 1:10-cv-2384 OWW DLB

    Darlene Cross v. Wyeth, Case No. 1:10-cv-2383 OWW DLB

    Betty Craven v. Wyeth, Case No. 1:10-cv-2382 OWW DLB

    And the following case, which was to be filed on or before December 31, 2010:

    Wendy Thompson v. Wyeth, Case No. 1:04-cv-6344 OWW DLB

    The following case, just filed, is also reassigned:

    Hames v. Wyeth, Case No. 1:10-cv-2392 OWW DLB (formerly Case No. 1:10-cv-2392 LJO GSA).

IT IS SO ORDERED.

DATED:  January 4, 2011.

                                                /s/ Oliver W. Wanger
                                                Oliver W. Wanger
                                                United States District Judge

    I approve the transfers.

DATED:  January 4, 2011.

                                                /s/ Anthony W. Ishii
                                                Anthony W. Ishii
                                                             Chief
                                                United States District Judge